**Order entered February 4, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00583-CV

**J. WAYNE JOHNSON, GOD'S TABERNACLE OF DELIVERANCE, ET AL., Appellants**

**V.**

**HERRING BANK, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15858**

## ORDER

Before the Court is appellee, Herring Bank's January 30, 2015, motion to extend deadline for filing appellee's brief. We **GRANT** the motion and **ORDER** appellee, Herring Bank, to file its brief no later than February 4, 2015.

/s/      CRAIG STODDART
         JUSTICE